# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-2741

_____

JOHN KIEDROWSKI III,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Duval County.
Linda F. McCallum, Judge.

May 28, 2019

PER CURIAM.

AFFIRMED.  Any request for belated appeal must be filed by petition pursuant to Florida Rule of Appellate Procedure 9.141(c).

MAKAR, OSTERHAUS, and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

John Kiedrowski III, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.